# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 01, 2013

Ms. Brigitte Adrienne Amiri
Center for Reproductive Rights
U.S. Legal Program
120 Wall Street
18th Floor
New York, NY 10005

Ms. Esha Bhandari
Center for Reproductive Rights
Immigrants' Rights Project
120 Wall Street
14th Floor
New York, NY 10005

Ms. Alice Clapman
Planned Parenthood Federation of America
1110 Vermont Avenue, N.W.
Suite 300
Washington, DC 20036-0000

Ms. Janet Crepps
Center for Reproductive Rights
2108 Bethel Road
Simpsonville, SC 29681

Mr. Arthur Cleveland D'Andrea
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Ms. Beth Ellen Klusmann
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Ms. Helene T. Krasnoff
Planned Parenthood Federation of America
1110 Vermont Avenue, N.W.

Suite 300
Washington, DC 20036-0000

Mr. Jonathan F. Mitchell
Office of the Solicitor General
for the State of Texas
209 W. 14th Street
Austin, TX 78701-0000

Mr. Andrew S. Oldham
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Ms. Elizabeth Rose von Kreisler
George Brothers Kincaid & Horton, L.L.P.
114 W. 7th Street
Norwood Tower
Suite 1100
Austin, TX 78701-0000

    No. 13-51008   Planned Parenthood, et al v. Gregory Abbott, et al
                        USDC No. 1:13-CV-862

Dear Counsel:

In light of the Court's opinion entered on October 31, 2013, this case is being placed on the oral argument calendar for the week of January 6, 2014. The Court's calendar giving the exact date and place of the oral argument will issue at least one month in advance of the oral argument date. You must strictly adhere to the following briefing schedule so that the briefs are available to the Court prior to oral argument:

- Appellants' brief due for filing on Friday, November 22, 2013

- Appellees' brief due for filing on Friday, December 13, 2013

- Appellants' Reply brief due for filing on Friday, December 20, 2013 (**hard copies of reply brief should be overnighted to this Office on the same date**)

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc: